UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL VANCE,<br>        Petitioner,<br>v.<br>STANLEY KNIGHT, Superintendent,<br>        Respondent. | No. 1:06-cv-1195-SEB-VSS |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the petitioner's failure to supplement his petition for a writ of habeas corpus as directed in Part II of the Entry issued on October 26, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 12/20/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana