UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL VANCE,             )<br>            Petitioner,   )<br>v.                          )<br>                            )<br>STANLEY KNIGHT, Superintendent, )<br>                            )<br>            Respondent.    ) | No. 1:06-cv-1195-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 12/20/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael Vance
DOC #910909
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064-0030